**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tiffany D Smith** | Social Security number or ITIN  **xxx–xx–2591** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **17–03184**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tiffany D Smith

May 9, 2017

**For the court:**  Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 17-03184-JSB
Tiffany D Smith                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez           Page 1 of 3           Date Rcvd: May 09, 2017
                              Form ID: 318            Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
```
db         +Tiffany D Smith,    1677 Briarcliff Blvd,    Apt #-F,    Wheaton, IL 60189-8313
25308845   +Advocate Medical Group,    Attn: Patient Accts,    701 Lee St,    Des Plaines, IL 60016-4539
25308846    Affiliated Radiologists S.C.,    Attn: Patient Accts,    Dept 4104,
             Carol Stream, IL 60122-4104
25308848   +Allgate Financial LLC,    RE: Check N Go,    160 N. Franklin St #301,    Chicago, IL 60606-1869
25308849   +Alliance Asset Management Inc.,    RE: Check N Go,    330 Georgetown Square  #104,
             Wood Dale, IL 60191-1890
25308850   +Allied Interstate,    RE: Ballys Health Club,    3000 Corporate Exchange Dr  5th FL,
             Columbus, OH 43231-7689
25308852   +Arnold Scott Harris, P.C.,    RE: Illinois Tollway,    111 W. Jackson Blvd #600,
             Chicago, IL 60604-3517
25308854    Aspire Visa,   Attn: Bankruptcy Dept,    PO BOX  105555,    Atlanta, GA 30348-5555
25308857   +Bay Area Credit Service LLC,    RE: AT&T Uverse,    1901 W 10th Street,    Antioch, CA 94509-1380
25308864   +City of Wheaton,    Attn: Collections-Finance Dept,    303 W. Wesley Street,
             Wheaton, IL 60187-5070
25308865    College of DuPage,    Attn: Financial Affairs,    425 Fawell Blvd,    Glen Ellyn, IL 60137-6599
25308866    Comcast,   Attn: Bankruptcy Dept,    1711 E. Wilson St,    Batavia, IL 60510-1470
25308870    DuPage Medical Group,    Attn: Patient Accts,    15921 Collections Center Dr,
             Chicago, IL 60693-0159
25308871    DuPage Valley Anesthesiologist,    Attn: Patient Accts,    PO BOX  3872,
             Carol Stream, IL 60132-3872
25308876  ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
            (address filed with court: Focus Receivables Management,     RE: Aspire-WorldWide Assets,
             1130 Northchase Parkway,    Marietta, GA 30067)
25308877   +Freedman Anselmo Lindberg LLC,    RE: World Wide Assets,    PO BOX  3228,
             Naperville, IL 60566-3228
25308878   +Goggins & Lavintman P.A.,    RE: KinderCare,    1295 Northland Dr  #270,
             Mendota Heights, MN 55120-1373
25308882    Illinois Dept of Human Services,    PO Box 19407,    RE Cash Management Unit,
             Springfield, IL 62794-9407
25308883    Illinois Tollway Authority,    Attn: Collection-Legal Dept,    PO BOX  5201,
             Lisle, IL 60532-5201
25308884   +Illinois Tollway Authority,    Attn: Collection-Legal Dept,    2700 Ogden Ave,
             Downers Grove, IL 60515-1703
25308885   +InterPark,   Attn: Collections-Legal Dept,    200 N. LaSalle St  #1400,
             Chicago, IL 60601-1035
25308886   +Law Office of Blitt & Gaines,    661 Glenn Ave,    RE Main Street Acquisition,
             Wheeling, IL 60090-6017
25308887   +Law Offices David K Barhydt,    RE: FRG Geln Ellyn LLC,    2901 Butterfield Rd,
             Oak Brook, IL 60523-1106
25308888    Linebarger Goggan Blair etal,    RE: College of DuPage,    PO BOX  06140,
             Chicago, IL 60606-0140
25308891   +MCSI Inc.,   RE: Village of Bellwood,    PO BOX  327,    Palos Heights, IL 60463-0327
25308890   +MCSI Inc.,   RE: Village of Stone Park,    PO BOX  327,    Palos Heights, IL 60463-0327
25308892    Medical Business Bureau,    RE: Rush Univ Med Ctr,    PO BOX  1219,    Park Ridge, IL 60068-7219
25308893    Medical Business Bureau,    RE: Rush Medical Ctr,    PO BOX  1219,    Park Ridge, IL 60068-7219
25308895   +Merchants Credit Guide,    RE: Affliated Radiologists,    223 W. Jackson Blvd #700,
             Chicago, IL 60606-6914
25308896   +Merchants Credit Guide,    RE: DuPage Medical Gr,    223 W. Jackson Blvd #700,
             Chicago, IL 60606-6914
25308898    Municipal Collections of America,    RE: Village of Broadview,    3348 Ridge Rd,
             Lansing, IL 60438-3112
25308900   +NCC Business Services,    RE: Collections,    9428 Baymeadows Rd #200,
             Jacksonville, FL 32256-7912
25308899    National Credit Adjusters,    RE: Check N Go,    PO BOX  3023,    Hutchinson, KS 67504-3023
25308904    Nelnet Loan Services,    Attn: Bankruptcy Dept,    3015 S. Parker Rd #400,
             Denver, CO 80201-1649
25308910   +North Shore Agency,    RE: Black Expressions,    751 Summa Ave,    Westbury, NY 11590-5010
25308911    Northwestern Medical Faculty Founda,    Attn: Patient Accts,    38693 Eagle Way,
             Chicago, IL 60678-1386
25308913    PLS Financial Solutions of Illinois,    Attn: Collection-Legal Dept,    445 E. Roosevelt Rd,
             Lombard, IL 60148
25308912    Penn Credit Corp,    RE: Black Expressions,    PO BOX  988,    Harrisburg, PA 17108-0988
25308914    Proactive Solution,    Attn: Bankruptcy Dept,    PO BOX  11448,    Des Moines, IA 50336-1448
25308915   +Receivables Performance Mgt,    RE: Sprint PCS,    1930 220th St  SE  #101,
             Bothell, WA 98021-8410
25308917   +Rush Univiversity Med Center,    Attn: Patient Accts,    1700 W. Van Buren #161,
             Chicago, IL 60612-3228
25308920   +SKO Brenner American Inc.,    RE: Proactive Solution,    40 Daniel St,
             Farmingdale, NY 11735-1308
25308919   +Shindler & Joyce,    RE: Main Street Acquisition,    1990 E. Algonquin Rd #180,
             Schaumburg, IL 60173-4164
25308921    Social Security Administration,    Attn: Bankruptcy Dept,    6401 Security Blvd,
             Woodlawn, MD 21235
```

```
District/off: 0752-1          User: bchavez               Page 2 of 3                   Date Rcvd: May 09, 2017
                              Form ID: 318                Total Noticed: 80


25308923       +United TranzActions,    RE: Bank of America,    3200 Executive Way,    Miramar, FL 33025-3930
25308925        Valley Imaging Consultants LLC,    Attn: Patient Accts,    PO BOX  371863,
                 Pittsburgh, PA 15250-7863
25308926       +Village of Hillside,    Attn: Collections,    425 Hillside Ave,    Hillside, IL 60162-1695
25308927       +Village of Maywood,    Attn: Finance Dept,    40 Madison St,    Maywood, IL 60153-2323
25308929        Vision Financial Services,    RE: Cavalry SPV,    PO BOX  1768,    La Porte, IN 46352-1768
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBPHELMS.COM May 10 2017 00:13:00      Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,
                 3400 West Lawrence,    Chicago, IL 60625-5104
25308855        EDI: ATTWIREBK.COM May 10 2017 00:13:00      AT&T Uverse,    Attn: Bankruptcy Dept,
                 PO BOX  5014,    Carol Stream, IL 60197-5014
25308844        E-mail/Text: SRCO-Bankruptcy@advocatehealth.com May 10 2017 01:00:28
                 Advocate Good Samaritan Hospital,    Attn: Patient Accts,    PO BOX  4257,
                 Carol Stream, IL 60197-4257
25308847        EDI: AFNIRECOVERY.COM May 10 2017 00:13:00      Afni Collection,    RE: AT&T Uverse,
                 PO BOX  3517,    Bloomington, IL 61702-3517
25308851       +E-mail/Text: RBALTAZAR@ARMORSYS.COM May 10 2017 01:00:36      Armor Systems Corp,
                 RE: Univ Anesthesiologists,    1700 Kiefer Dr  #1,    Zion, IL 60099-5105
25308856        EDI: BANKAMER.COM May 10 2017 00:18:00      Bank of America,    Attn: Bankruptcy Dept,
                 PO BOX  982235,    El Paso, TX 79998-2235
25308861        E-mail/Text: bankruptcy@cavps.com May 10 2017 00:59:10      Cavalry Portfolio Services,
                 RE: HSBC Bank,    7 Skyline Dr   3rd FL,    Hawthorne, NY 10532
25308862        EDI: CBCSI.COM May 10 2017 00:13:00      CBCS Collection,    RE: Peoples Enerty,
                 PO BOX  163250,    Columbus, OH 43216-3250
25308859        E-mail/Text: cms-bk@cms-collect.com May 10 2017 00:57:56      Capital Management Services LP,
                 RE: Portfolio Acquis-Bally’s,    698 1/2 S Ogden St,    Buffalo, NY 14206-2317
25308860        EDI: CAPITALONE.COM May 10 2017 00:18:00      Capital One,    Attn: Bankruptcy Dept,
                 PO BOX  30285,    Salt Lake City, UT 84130-0285
25308863       +EDI: CHECKNGO.COM May 10 2017 00:18:00      Check ’n Go,    Attn: Bankruptcy Dept,
                 4540 Cooper Rd  #305,    Cincinnati, OH 45242-5649
25308868        EDI: CCS.COM May 10 2017 00:13:00      Credit Collection Services,    RE: Geico Casualty Co,
                 PO Box  337,    Norwood, MA 02062-0337
25308869       +EDI: DCI.COM May 10 2017 00:18:00      Diversified Consultants Inc.,    RE: Comcast,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-2805
25308872        E-mail/Text: bknotice@erccollections.com May 10 2017 00:58:45      Enhanced Recovery Corp,
                 RE: Washington Mutual,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
25308873        E-mail/Text: bknotice@erccollections.com May 10 2017 00:58:45      Enhanced Recovery Corp,
                 RE: Bank of America,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
25308874        E-mail/Text: support@fairwaycapitalrecovery.com May 10 2017 00:59:33
                 Fairway Capital Recovery,    RE: Check N Go,    4000 Executive Rd  #300,
                 Cincinnati, OH 45241-4007
25308875       +EDI: AMINFOFP.COM May 10 2017 00:13:00      First Premier,    Attn: Bankruptcy Dept,
                 PO BOX  5524,    Sioux Falls, SD 57117-5524
25308879        E-mail/Text: bkynotice@harvardcollect.com May 10 2017 01:00:49
                 Harvard Collection Services Inc.,    RE: Illinois Dept Human Services,    4839 N. Elston,
                 Chicago, IL 60630-2534
25308881       +EDI: IIC9.COM May 10 2017 00:18:00      I. C. System Inc.,    RE: Village of Stone Park,
                 PO BOX  64378,    Saint Paul, MN 55164-0378
25308880       +EDI: IIC9.COM May 10 2017 00:18:00      I. C. System Inc.,    RE: KinderCare,    PO BOX  64378,
                 Saint Paul, MN 55164-0378
25308889       +EDI: LTDFINANCIAL.COM May 10 2017 00:19:00      LTD Financial Services,    RE: Chase Bank N.A.,
                 7322 Southwest Frwy  #1600,    Houston, TX 77074-2134
25556371        EDI: BL-CREDIGY.COM May 10 2017 00:13:00      Main Street Acquisition Corp.,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
25308894        E-mail/Text: clientservices@medrecovery.com May 10 2017 01:00:20
                 Medical Recovery Specialist LLC,    RE: Rush Univ Med Ctr,    2250 E. Devon Ave  #352,
                 Des Plaines, IL 60018-4521
25308897       +E-mail/Text: mmrgbk@miramedrg.com May 10 2017 00:58:43      MiraMed Revenue Group, LLC,
                 RE: West Suburban Med Ctr,    991 Oak Creek Dr,    Lombard, IL 60148-6408
25308903       +E-mail/Text: egssupportservices@egscorp.com May 10 2017 00:58:54      NCO Financial Systems Inc.,
                 RE: Nicor Gas,    507 Prudential Rd,    Horsham, PA 19044-2308
25308902       +E-mail/Text: egssupportservices@egscorp.com May 10 2017 00:58:55      NCO Financial Systems Inc.,
                 RE: SC-Ginny’s,    507 Prudential Rd,    Horsham, PA 19044-2308
25308901       +E-mail/Text: egssupportservices@egscorp.com May 10 2017 00:58:55      NCO Financial Systems Inc.,
                 RE: Triton College,    507 Prudential Rd,    Horsham, PA 19044-2308
25308909       +E-mail/Text: bankrup@aglresources.com May 10 2017 00:57:16      NICOR Gas,
                 Attn: Bankruptcy Dept,    1844 Ferry Road,    Naperville, IL 60563-9600
25308916       +EDI: WTRRNBANK.COM May 10 2017 00:18:00      RNB-Fields 3,    Attn: Bankruptcy Dept,
                 PO BOX  9475,    Minneapolis, MN 55440-9475
25308918        EDI: DRIV.COM May 10 2017 00:19:00      Santander Consumer USA,    Attn: Bankruptcy Dept,
                 PO BOX  560284,    Dallas, TX 75356-0284
25308922        EDI: RMSC.COM May 10 2017 00:18:00      Synchrony/Discount Tires,    Attn: Bankruptcy Dept,
                 PO BOX  965061,    Orlando, FL 32896-5061
                                                                                              TOTAL: 31
```

```
District/off: 0752-1          User: bchavez              Page 3 of 3              Date Rcvd: May 09, 2017
                              Form ID: 318               Total Noticed: 80


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25308924          UnKNOWN CREDITOR
25308853*        +Arnold Scott Harris, P.C.,    RE:  Illinois Tollway,    111 W. Jackson Blvd   #600,
                   Chicago, IL 60604-3517
25308867*         Comcast,    Attn: Bankruptcy Dept,    1711 E. Wilson St,    Batavia, IL 60510-1470
25308905*         Nelnet Loan Services,    Attn:  Bankruptcy Dept,    3015 S. Parker Rd  #400,
                   Denver, CO 80201-1649
25308906*         Nelnet Loan Services,    Attn:  Bankruptcy Dept,    3015 S. Parker Rd  #400,
                   Denver, CO 80201-1649
25308907*         Nelnet Loan Services,    Attn:  Bankruptcy Dept,    3015 S. Parker Rd  #400,
                   Denver, CO 80201-1649
25308908*         Nelnet Loan Services,    Attn:  Bankruptcy Dept,    3015 S. Parker Rd  #400,
                   Denver, CO 80201-1649
25308858        ##+Bureau of Collection Recovery,    RE:  Black Expressions,    7575 Corporate Way,
                   Eden Prairie, MN 55344-2022
25308928         ##Village of Stone Park,    Attn:  Collections,    PO BOX  66127,   Chicago, IL 60666-0127
                                                                                        TOTALS: 1, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Bass    on behalf of Debtor 1 Tiffany D Smith rbass@corpoffices.com
                                                                                             TOTAL: 3
```